1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

SOINNY BORJA ,

8                                    Plaintiff,          No. C14-5438 RBL-KLS

9          v.                                         **ORDER DENYING MOTION FOR**
                                                      **RECONSIDERATION**
10   CAPTAIN EATON, LT. PETERS, SGT
     BECKER,

11                                   Defendants.

12

13   Before the Court is Plaintiff's Motion for Reconsideration.  Dkt. 8.  Plaintiff seeks

14   reconsideration of the Court's Order dated August 26, 2014, which denied Plaintiff's motion for

15   appointment of counsel.  Dkt. 7.

16   Under Local Rule CR7(h), motions for reconsideration are disfavored and will be denied

17   absent a showing of manifest error or a showing of new facts or legal authority which could not

18   have been presented earlier with reasonable diligence.  The standard has not been met in this

19   case.  Further, Local Rule 7(h) gives a person fourteen days to file a motion for reconsideration.

20   Plaintiff's motion is twenty eight days late.  Accordingly, it is **ORDERED:**  Plaintiff's motion

21   for reconsideration (Dkt. 8) is **DENIED.**  The Clerk shall send copies of this Order to Plaintiff.

22

23   **DATED** this 15th day of October, 2014.

24

25

26                                                   Karen L. Strombom
                                                     United States Magistrate Judge

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER - 2