UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SONNY BORJA,<br><br>           Plaintiff,<br><br>   v.<br><br>CAPT. EATON, LT. PETERS, AND SGT. BECKER,<br><br>           Defendants. | CASE NO. C14-5438 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)    The Court adopts the Report and Recommendation.

    2)    The Court dismisses this action without prejudice for failure to perfect service on any named defendant within 120 days of the filing of the complaint.

    3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 4th day of December, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE